

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

|   |   |   |
|---|---|---|
| IN RE: MOTION TO SEAL INDICTMENT | ) ) ) | CRIMINAL NO. 3:25-cr-46 |

**MOTION TO SEAL**

COMES NOW, the United States of America, by counsel, and respectfully moves that this Court issue an Order sealing this case.

Respectfully submitted

ERIK S. SIEBERT
UNITED STATES ATTORNEY

By: ___Heather Mansfield___
Assistant United States Attorney