

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | ) | |
|---|---|---|
| IN RE: MOTION TO SEAL INDICTMENT | ) | CRIMINAL NO. 3:25-cr-46 |

**ORDER**

UPON the motion of the United States and for good cause shown, this case is hereby placed under seal and is not to be made available to the public until further order of this Court.

Accordingly, all documents will be sealed until the arrest of the defendant. See In Re. Sealed Affidavits, 600 F.2d 1256 (9th Cir. 1979).

And it is so ORDERED.

/s/ SLS
Summer L. Speight
United States Magistrate Judge
United States Magistrate Judge

Date: March 18, 2025