GRAND JURY RETURNS - RICHMOND DIVISION

Date 3/18/25    Judge Speight, USMJ    Counsel for Govt Robert Day
Grand Jury Panel # _____ Grand Jury Foreperson (✓)    Court Reporter Joshua Delauter

On motion of the Government, granted by the Court, WARRANTS shall be issued as follows:

1. US v Green
2. US v Sealed
3. US v Anderson
4. US v Sealed
5. US v Sealed
6. US v Sealed
7. US v Santa Maria
8. US v Sealed
9. US v Sealed
10. US v Sealed

On motion of the Government, granted by the Court, WARRANTS as DETAINERS shall be issued as follows:

1. US v Chambers
2. US v Mabrey
3. US v Alexander
4. US v
5. US v

On motion of the Government, SUMMONS shall be issued as follows:

1. US v Dantzler
2. US v
3. US v
4. US v

Returns were made on the following defendants currently in federal custody, no warrant to issue at this time:

1. US v Moore
2. US v Escobar
3. US v

Returns were made on the following defendants NO SERVICE requested (make notation as to why):

1. US v
2. US v

On motion of the Government, granted by the Court, the following indictments shall be transferred to the _____ Division for docketing and trial:

1. US v
2. US v

Began: 4:45pm    Ended: 4:54pm    Time in Court: 9 min