11781139

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Virginia

*SEALED*

United States of America
v.

Allan Darrell Martin, Jr.
*Defendant*

Case No. 3:25cr46-MHL  *SEALED*

**RECEIVED MAR 19 2025 BY: USMS EIVA**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Allan Darrell Martin, Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
See attached.

Date: 03/19/2025

*Issuing officer's signature*

City and state: Richmond, Virginia

K. Sadowski, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 3/19/2025, and the person was arrested on *(date)* 4/29/2025
at *(city and state)* Glen Allan VA.

Date: 4/29/2025

*Arresting officer's signature*

Special Agent Jared Graziani
*Printed name and title*