CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: COLOMBELL
REPORTER: FTR

DOCKET NO. 3:25CR46
DATE: 4/29/2025

UNITED STATES OF AMERICA
v.

COUNSEL

1. **Allan Darrell Martin, Jr.**
Deft appeared via VTC ( ) ZOOM ( )

1. **Laura Koenig**

**APPEARANCES:** GOVERNMENT **Heather Mansfield** (✓)
DEFENDANT WITH COUNSEL (✓) DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( ) WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

**BAIL STATUS:** DEFENDANT ON BOND ( ) DEFENDANT ON SUPERVISED RELEASE ( )
DEFENDANT INCARCERATED (✓) BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** INITIAL (✓) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:** DATE OF ARREST: **4/29/25** GOVT'S MOTION TO UNSEAL (✓) - Granted
GOVT SUMMARIZED CHARGES (✓) DEFT ADVISED OF RULE 5 RIGHTS (✓)
FINANCIAL AFFIDAVIT (✓) COUNSEL TO BE APPOINTED (✓)
DEFT TO RETAIN COUNSEL ( ) **Lauren Whitley appt. FPD.**
GOVT'S MOTION TO DETAIN DEFT (✓) ORDER OF TEMPORARY DETENTION (✓)
DEFT REMANDED (✓) DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )
WITNESS(ES) _____

**DETENTION HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
GOVT NOT SEEKING DETENTION ( ) DEFENDANT RELEASED ON BOND ( )
ELECTRONIC MONITORING ( ) 3rd PARTY CUSTODIAN ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( )
WITNESS(ES) _____

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F) (✓)

CASE CONTINUED TO: **Friday, May 2, 2025 1:30pm** FOR **Detention Hearing**
CASE SET: **2:00pm** BEGAN: **2:57pm** ENDED: **3:06pm** TIME IN COURT: **9 min.**