CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: COLOMBELL  
REPORTER: FTR  
DOCKET NO. 3:25cr46  
DATE: 5/2/25

UNITED STATES OF AMERICA  
v.  
COUNSEL

1. Allan Darrell Martin, Jr.   1. Lauren Whitley (w)
   Deft appeared via VTC ( ) ZOOM ( )

**APPEARANCES:** GOVERNMENT __Heather Mansfield__ (w)  
DEFENDANT WITH COUNSEL (x) DEFENDANT WITHOUT COUNSEL ( )  
DEFENDANT NOT PRESENT ( ) WAIVER OF APPEARANCE FILED ( )  
INTERPRETER _____ ( )

**BAIL STATUS:** DEFENDANT ON BOND ( ) DEFENDANT ON SUPERVISED RELEASE ( )  
DEFENDANT INCARCERATED (x) BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** INITIAL ( ) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )  
PRELIMINARY ( ) DETENTION (x) MOTIONS ( ) OTHER: _____ ( )  
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )  
CRIMINAL INFORMATION FILED ( )  
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:** DATE OF ARREST: _____ GOVT'S MOTION TO UNSEAL ( )  
GOVT SUMMARIZED CHARGES ( ) DEFT ADVISED OF RULE 5 RIGHTS ( )  
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED ( )  
DEFT TO RETAIN COUNSEL ( )  
GOVT'S MOTION TO DETAIN DEFT ( ) ORDER OF TEMPORARY DETENTION ( )  
DEFT REMANDED ( ) DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )  
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )  
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )  
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )  
WITNESS(ES) _____

**DETENTION HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE (✓)  
ARGUMENTS HEARD (x) FINDINGS STATED FROM BENCH (✓)  
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )  
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )  
GOVT NOT SEEKING DETENTION (x) DEFENDANT RELEASED ON BOND (✓)  
ELECTRONIC MONITORING ( ) 3rd PARTY CUSTODIAN ( )  
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )  
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )  
DEFT REMANDED ( )  
WITNESS(ES) ___*Stephan Martin - Deft son___

___✓ see pg 2 for conditions___

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F) ( )

CASE CONTINUED TO: 5/15/25 @ 2:00PM FOR Arraignment  
CASE SET: 2:30 BEGAN: 2:35 ENDED: 3:20 TIME IN COURT: 45 minutes

**BOND CONDITIONS:**

- ✓ RESIDENCE/TRAVEL RESTRICTED TO ~~EDVA~~ Commonwealth of VA
- ✓ PRETRIAL SUPERVISION
- ✓ NO DRUGS
- ✓ NO FIREARMS
- ___ NO ALCOHOL  ___ NO EXCESSIVE USE OF ALCOHOL
- ___ MAINTAIN/SEEK EMPLOYMENT  ___ SHOW PROOF OF INCOME
- ✓ AVOID CONTACT WITH POTENTIAL WITNESSES, VICTIMS, ETC.
- ___ SUBSTANCE ABUSE TESTING  ___ TREATMENT  ___ PAY COSTS AS DIRECTED
- ✓ MENTAL HEALTH EVALUATION AND/OR TREATMENT  ___ PAY COSTS
- ___ ELECTRONIC MONITORING  ___ PAY COSTS
- ___ 3RD PARTY CUSTODIAN
- ✓ MAINTAIN CONTACT WITH ATTORNEY
- ✓ SURRENDER PASSPORT -- OBTAIN NO OTHER TRAVEL DOCUMENTS
- ✓ IF DEFENDANT PLEADS GUILTY OR IS FOUND GUILTY REPORT TO USPO
- ___ MAY REPORT TO AUSA WITH APPROVAL OF ATTORNEY
- ___ CUSTODIAN MUST IMMEDIATELY REPORT ANY VIOLATION OF CONDITIONS

ADDITIONAL CONDITIONS: _____

*Defendant shall not access a computer and/or the Internet unless a computer monitoring program has been installed by the probation office. The defendant shall consent to the installation of computer monitoring software on any computer to which the defendant has access. Installation shall be performed by the probation officer. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, Internet use history, email correspondence, and chat conversations. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The cost of the software shall be paid by the defendant as directed by Pretrial Services

*Defendant shall refrain from possessing or utilizing any video gaming system and console, phones with Internet capabilities, smart tvs or other such devices which would enable contact and/or sharing of data with other individuals known or unknown to the defendant;

*Defendant shall refrain from having any intentional contact with minors under the age of 18, unless another adult is present who has been approved, in advance, by Pretrial Services.

*Defendant shall reside at an address approved by Pretrial Services. If the defendant does not move to the proposed residence of 10751 Folly Mill Circle Apt 108, Glen Allen, Virginia 23059 by May 17, 2025, the Court requests an update from Pretrial Services or PCounsel regarding a new proposed address.